1020

[No. 63066-1-I.   Division One.   January 25, 2010.]

*In the Matter of the Marriage of* REBECCA STEWART, *Appellant*, and JERRY STEWART, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-3-00178-4, Steven J. Mura, J., entered January 30, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Leach, JJ.

[No. 63272-8-I.   Division One.   January 25, 2010.]

*In the Matter of the Parentage of* PATRYK MICHAEL McGLYNN.

Appeal from a judgment of the Superior Court for King County, No. 08-3-05170-0, Mariane C. Spearman, J., entered June 4, 2009. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Ellington and Leach, JJ.

[No. 63508-5-I.   Division One.   January 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD J. BARKHOFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03442-5, Jeffrey M. Ramsdell, J., entered May 11, 2009. *Remanded* by unpublished per curiam opinion.

[No. 63851-3-I.   Division One.   January 25, 2010.]

APL LIMITED ET AL., *Appellants*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-00198-0, Gary R. Tabor, J., entered August 8, 2008. *Reversed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Becker, J.